IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:11CR203 |
| | § | |
| JEREMY LOUDER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 29, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Petitioner David Nappi's Petition Stating a Claim of Interest in Property Included in Forfeiture Action by the United States Government (Dkt. 109) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Petitioner David Nappi's Petition Stating a Claim of Interest in Property Included in Forfeiture Action by the United States Government (Dkt. 109) is hereby DENIED.

**So ORDERED and SIGNED this 12th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**